PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Khalid Davis                               Cr.: 00-00300-001

Name of Sentencing Judicial Officer: Honorable John W. Bissell, U.S. District Judge

Date of Original Sentence: 05/24/01

Original Offense: Possession of Cocaine with Intent to Distribute

Original Sentence: 72 months imprisonment, 3 years supervised release. $100 special assessment. Special conditions: Drug treatment and/or urinalysis; mental health treatment; and remedial education and/or vocational training program.

Type of Supervision: Supervised Release            Date Supervision Commenced: 03/25/05

Assistant U.S. Attorney: Carolyn Murray            Defense Attorney: Wanda Atkin, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On January 3, 2006, Khalid Davis was arrested by the Newark, New Jersey Police Department and charged with numerous drug-related offenses, including possession of a weapon and ammunition. |
| 2 | The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'** |
| | Davis has failed to submit Monthly Supervision Reports for the months of September, October, November, and December 2005. |

3        The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

A standard and special condition of Supervised Release requires Davis's participation in a remedial education and/or vocational training program as directed by the Probation Office. Despite substantial efforts, Davis has failed to secure gainful employment or actively participate in a schooling or vocational training.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 01/18/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/26/06
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**ERIC K. SNYDER**
**MATTHEW F. MILLER**

January 18, 2006

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

WJW

Melvin K. Jackson, Deputy-In-Charge
U.S. District Court Clerk's Office
Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street, Room 4015
P.O. Box 419
Newark, New Jersey 07101

Please issue a warrant

**RE:** DAVIS, Khalid
Dkt. No. 00-00300-001
**Request for Assignment of Case to**
**U.S. District Court Judge**

Dear Mr. Jackson:

On May 24, 2001, the above-named offender was sentenced by the Honorable John W. Bissell to 72 months imprisonment, to be followed by a three-year term of supervised release for the offense of Possession of Cocaine with Intent to Distribute.

At this time, we allege that Davis has violated the terms of his supervised release.

Kindly reassign this matter for judicial administration and forward the enclosed attachment to the Judge-Designate. If you have any questions or concerns please contact the undersigned at (973) 645-4784. Thank you in advance for your anticipated cooperation.

Sincerely,

By: Anthony J. Nisi
U.S. Probation Officer

/ajn
Enclosure

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**ERIC K. SNYDER**
**MATTHEW F. MILLER**

January 18, 2006

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

Honorable John W. Bissell-Designate, U.S. District Judge
Frank R. Lautenberg U.S. Post Office and Courthouse
Newark, New Jersey 07101

RE:  DAVIS, Khalid
     Dkt. No. 00-00300-001
     **Request for Issuance of a Warrant**

Dear Judge Bissell-Designate:

On May 24, 2001, Khalid Davis was sentenced to 72 months imprisonment, to be followed by a three-year term of supervised release for the offense of Possession of Cocaine with Intent to Distribute. The offender was also ordered to pay a $100 special assessment, and abide by the following special conditions: drug treatment and/or urinalysis, mental health evaluation and/or treatment, and remedial education and/or vocational training. Davis has been supervised by this office since his release from custody on March 25, 2005. At this time, we allege that Davis has violated the terms of his supervised release. We respectfully request that a warrant be issued for the offender which will be used as a detainer. Davis is currently in custody at the Essex County Jail.

On January 3, 2006, Davis was arrested by the Newark, New Jersey Police Department and charged with numerous drug-related offenses, including possession of a weapon and ammunition.

The enclosed Probation Form 12C delineates the violation charges. It is recommended that Your Honor issue a warrant for Davis. If the Court agrees with our recommendation, please sign the Form 12C and we will initiate the violation process. We will make ourselves available should the Court wish to discuss this matter.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Anthony J. Nisi
    U.S. Probation Officer

/ajn
Enclosure